AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

**FILED**
July 07, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: aq
DEPUTY

United States of America
v.
Juan Carlos GARCIA-Talavera

*Defendant(s)*

Case No. **EP:26-MJ-3033-LE**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 6, 2026 in the county of El Paso in the Western District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18 U.S.C. 111(a)(1), (b) (Felony) | Assaulting, resisting, or impeding certain officers or employees, involving the use of a deadly or dangerous weapon |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

Complaint sworn to telephonically on July 07, 2026 at 01:02 PM and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

*Complainant's signature*

Michelle Malfavon, Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/07/2026

*Judge's signature*

City and state: El Paso, Texas

Laura Enriquez, U.S. Magistrate Judge

*Printed name and title*

# AFFIDAVIT

On July 6, 2026, Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations Deportation Officers (DOs) attempted to locate Juan Carlos GARCIA-Talavera who had been identified as having a Final Order of Removal, dated May 30, 2019. GARCIA was encountered on Crocker Drive, El Paso, Texas, while driving a Cadillac Escalade and pulled over on the side of the road.

DOs pulled up behind GARCIA and approached his vehicle. DO J.G. identified himself as police with immigration and asked GARCIA for his name. GARCIA responded that his name was Juan. DO J.G. recognized GARCIA from photographs and advised GARCIA that they had an immigration warrant for his arrest. DO J.G. instructed GARCIA to step out of the vehicle but GARCIA kept asking why he was being stopped. DO J.G. opened the driver's side door to extract GARCIA from the vehicle but GARCIA refused to get out. GARCIA reached for the gear shift and DO J.G. reached into the vehicle, attempting to turn off the ignition and remove the keys to prevent GARCIA from fleeing. DO J.G. held on to the steering wheel with his left hand and his left foot was partially on the floorboard of the driver's side as DO J.G. reached in to retrieve the vehicle keys. DO J.G.'s upper body was between GARCIA and the steering wheel, obstructing GARCIA's view. GARCIA subsequently placed the vehicle in drive and accelerated while DO J.G. was still partially in the vehicle. While the vehicle was in motion, DO J.G. attempted to exit and when his feet touched the pavement, the momentum of the vehicle caused him to fall and roll on the pavement as the vehicle continued to drive away. DO J.G. sustained scrapes/road rash to his right elbow and forearm, causing him pain and discomfort. GARCIA fled and DOs subsequently apprehended him at a travel trailer located on Houma Avenue, El Paso, Texas.

ICE Office of Professional Responsibility Special Agents Michelle Malfavon and Michael Edens interviewed GARCIA. He was read his Miranda statement of rights in the Spanish language, and he acknowledged in writing that he understood his rights and agreed to give a statement. GARCIA said he saw the police lights on the vehicle when it initially approached him from the rear. GARCIA said he knew the DO's were ICE officers because he saw ICE on their uniforms as they approached his vehicle. GARCIA said a DO asked for his name and he responded that his name was Juan. GARCIA said a DO opened his door and he got scared and panicked. GARCIA said he did not want to get arrested, so he put the vehicle in drive and accelerated as the DO tried to stop him and held on to the door. GARCIA said he drove slowly until the DO let go, then he accelerated and fled. GARCIA said he was subsequently apprehended and he apologized to DO J.G. GARCIA said he made a mistake and knew what he had done wasn't right.

I make this affidavit on the basis of my personal knowledge and information furnished to me by other federal employees.