FILED
August 05, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: DT
Deputy

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | **Case No: EP:26-CR-01951-LS** |
| | § | **INDICTMENT** |
| **Plaintiff,** | § | |
| | § | **CT 1: 18 USC § 111(a), (b) – Assault of a** |
| **v.** | § | **Federal Officer (Bodily Injury);** |
| | § | |
| **JUAN CARLOS GARCIA-TALAVERA,** | § | **CT 2: 18 USC § 111(a) – Assault of a** |
| | § | **Federal Officer (Misdemeanor Assault).** |
| **Defendant.** | § | |
| | § | |

THE GRAND JURY CHARGES:

**COUNT ONE**

On or about July 6, 2026, in the Western District of Texas, Defendant,

**JUAN CARLOS GARCIA-TALAVERA,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with J.G., a person designated in Title 18, United States Code, Section 1114, who was then engaged in the performance of official duties, and caused physical contact and inflicted bodily injury upon J.G., to wit: by accelerating his vehicle to escape from a lawful arrest, causing J.G. to fall to the ground and suffer abrasions to his arm, in violation of Title 18, United States Code, Section 111(a), (b).

**COUNT TWO**

On or about July 6, 2026, in the Western District of Texas, Defendant,

**JUAN CARLOS GARCIA-TALAVERA,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with L.M., a person designated in Title 18, United States Code, Section 1114, who was then engaged in the performance of official duties, in a manner that would constitute a simple assault, to wit: by fleeing

a lawful arrest and locking himself in a trailer, and refusing to exit upon command of officers, in violation of Title 18, United States Code, Section 111(a), (b).

A TRUE BILL.

[redacted]

FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: ______________________
Assistant U.S. Attorney